HONORABLE RONALD B. LEIGHTON

FILED ____ LODGED
____ RECEIVED
JUL 18 2005
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAN BEDKER, JR.,

    Plaintiff,

v.

MARK SELING, et al,

    Defendant.

Case No. C04-5696 RBL

ORDER

05-CV-05696-ORD

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Objections to the Magistrate Judge's Report and Recommendation.

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Magistrate Judge Karen L. Strombom filed a Report and Recommendation on May 26, 2005. On June 3, 2005, plaintiff filed his objections and included in his objections he moved to recuse Magistrate Judge Strombom. The Court finds the motion to recuse is improperly filed as part of his objection and further finds that the motion is frivolous. As such the motion to recuse is **DENIED**. The matter is re-referred to Magistrate Judge Strombom for further review.

**IT IS SO ORDERED.**

The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

Dated this 18 day of July, 2005.

RONALD B. LEIGHTON
United States District Court Judge

ORDER
Page - 1