UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAN BEDKER, JR.,

        Plaintiff,

v.

MARK SELING, *et al*,

        Defendants.

CASE NO.   C04-5696RBL

ORDER

The Court, having reviewed defendants' converted motion for summary judgment (Dkt. #20 and #43), the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' converted motion for summary judgment is GRANTED; and

(4) The Clerk is directed to send copies of this Order to plaintiff, defendants' counsel and Magistrate Judge Karen L. Strombom.

DATED this 31st day of October, 2005.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1